UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| YACHTBRASIL MOTOR BOATS AND CHARTERS, LLC, | Case No. 3:17-cv-372 |
| *Plaintiff/Counter-Defendant*, | Judge Travis R. McDonough |
| v. | Magistrate Judge H. Bruce Guyton |
| FORWARD VENTURES GROUP PARTNERS, LLC, a/k/a ABSOLUTE NORTH AMERICA, | |
| *Defendant/Counter-Plaintiff*. | |

## JUDGMENT ORDER

For the reasons set forth in the accompanying memorandum, both Plaintiff/Counter-Defendant YachtBrasil Motor Boats and Charters, LLC, and Defendant/Counter-Plaintiff Forward Ventures Group Partners, LLC's claims are hereby **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b). The Clerk is **DIRECTED** to close the case.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
 s/ John Medearis
 CLERK OF COURT